# IN THE SUPREME COURT OF THE STATE OF NEVADA

US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF HARBORVIEW 2005-1 TRUST FUND, Appellant,

vs.

VALLEY GREEN TRUST, AN UNKNOWN ENTITY, Respondent.

No. 70528

FILED

JUL 2 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's notice of dismissal of appeal filed on June 17, 2016, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Joseph Hardy, Jr., District Judge
Wright, Finlay & Zak, LLP/Las Vegas
Maier Gutierrez Ayon, PLLC
Eighth District Court Clerk

16-23567